IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN MCCREESH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| ULTA BEAUTY, INC., | : | NO. 23-973 |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**ORDER**

AND NOW, this 15th day of July, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 16), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED** for the reasons stated in this Court's accompanying Memorandum.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**