# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-2522

Karen McCreesh v. Ulta Beauty Inc

(U.S. District Court No.: 2-23-cv-00973)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 06, 2024
SB/cc: Jacqueline R. Barrett, Esq.
David M. Koller, Esq.
Jennifer L. Pacicco, Esq.
Mr. George V. Wylesol,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate